**Order entered June 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00697-CR

### ALLEN MAURICE LITTLE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-51721-Y**

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file appellant's notice of appeal.

Appellant's June 3, 2014 notice of appeal is timely filed.

/s/     DAVID EVANS
JUSTICE